# Exhibit B

| | |
|---|---|
| **From:** | Andrew MacRae |
| **To:** | Ottoway, Matthew |
| **Cc:** | "Bryce Benjet (bbenjet@innocenceproject.org)" |
| **Subject:** | Reed v. Goertz |
| **Date:** | Thursday, October 10, 2019 4:13:59 PM |
| **Attachments:** | 20191010 Initial Disclosures.pdf |
| | 20191010 to OAG.pdf |

Matt

Attached is a letter seeking copies of evidence items.

Also attached are our client's Rule 26 Disclosures. Please provide yours by October 15, 2019.

Andrew F. MacRae
Levatino|Pace PLLC
1101 S. Capital of Texas Highway
Building K, Suite 125
Austin, Texas 78746
512/637-1581 ext. 5
512/637-8565 (direct)
512/637-1583 (fax)
andrew@lpfirm.com

To upload files to me, please click here:  https://lpfirm.sharefile.com/filedrop/dx849319-a080-4bf8-9d6c-a9000f1c6bae