# Exhibit C



1101 S. Capital of Texas Hwy.
Building K, Suite 125 | Austin, Texas 78746
T 512.637.1581
F 512.637.1583
info@levatinopace.com | www.levatinopace.com

October 10, 2019

**By Email**
Matthew Ottoway
Office of the Texas Attorney General
Assistant Attorney General
Post Office Box 12548, Capitol Station
Austin, Texas 78711

RE:  *Rodney Reed v. State of Texas*, No. 8701
     *Reed v. Goertz*, Civil Case No. 1:19-cv-794-LY

Dear Mr. Ottoway,

This letter request complete copies of two evidence items gathered by the Texas Rangers Division of the Department of Public Safety ("DPS") in the investigation of the death of Stacey Stites: (i) Evidence Item #82, an address book provided to Ranger Rocky Wardlow on or about May 22, 1996; and (ii) Evidence Item #32, a brown planner/address book that was recovered from Jimmy Fennell's vehicle.[1]  In light of Mr. Reed's scheduled execution date, we must insist that this information (or access for copying purposes) be provided by no later than October 15, 2019.  If you would like to discuss arrangements for access so that we may copy these items, please call me.

We look forward to hearing from you regarding this important and time sensitive matter.  If your client objects to this request, kindly notify me immediately so that we may address this matter with Judge Yeakel.

Sincerely,

Levatino|Pace PLLC

By: _____
    Andrew F. MacRae

---

[1] Attached hereto are excerpts from Ranger Wardlow's report on the Stites investigation that refer to each of these evidence items.

858685-WILSR01A - MSW