FILED

NOV 01 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

October 30, 2019

Meredith Nunis
4517 Triangle Ave, Apt 517
Austin, TX 78751

US District Judge Lee Yeakel
501 West 5th Street, Ste 7300
Austin, TX 78701

Dear Judge Yeakel:

I would like to encourage you to consider a stay of execution and a retrial for Rodney Reed.

Based upon the brief filed by the former and current law enforcement officers, I feel that a stay is in order. As a citizen of the state of Texas, I believe that no person should be executed when there remains a doubt of their guilt. The Court and a jury should hear evidence from DNA done on the murder weapon—as I understand it, the weapon has been mishandled, but if Mr. Reed's DNA is not on it, that would strongly, if not complete, prove that he did not commit the crime.

We as a people need to be sure that this man is guilty before we take his life.

Sincerely,

*Meredith Nunis*

Meredith Nunis

MNsn

RECEIVED

NOV 01 2019

CHAMBERS OF
JUDGE LEE YEAKEL



Roy Nunis
Meredith Nunis
4517 Triangle Ave. Apt. 506
Austin, TX 78751

RECEIVED
NOV 01 2019
CHAMBERS OF
JUDGE LEE YEAKEL



SCREENED BY CSO
NOV 01 2019

US District Judge Lee Yeakel
501 West 5th St, Nte 7300
Austin, TX 78701

78701-381399