IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RODNEY REED, | § | **Civil Case No. 1:19-cv-794** |
| | § | |
| Plaintiff, | § | **CAPITAL CASE** |
| | § | |
| v. | § | |
| | § | |
| BRYAN GOERTZ, Bastrop County District Attorney, in his official capacity only, | § § § | |
| Defendant. | § | |

**PLAINTIFF'S ADVISORY REGARDING FEDERAL HABEAS FILINGS**

Plaintiff Rodney Reed files this advisory to bring to the Court's attention his habeas filings made this week in federal court. Attached to this advisory is Mr. Reed's Motion for Authorization and Proposed Habeas Petition which lay out additional evidence of Mr. Reed's innocence which would be supplemented in post-conviction challenges by the exculpatory DNA results he seeks to obtain through this civil rights action. *See* Exhibits A (motion for authorization) and B (proposed habeas petition).

2

Mr. Reed respectfully requests that the Court consider the proof submitted in his federal habeas filings in determining Mr. Reed's entitlement to a stay of execution.

DATED: November 14, 2019

Respectfully submitted,

| | |
|---|---|
| Cliff C. Gardner (*admitted pro hac vice*)<br>Robert A. Weber (*admitted pro hac vice*)<br>Nicole A. DiSalvo (*admitted pro hac vice*)<br>Shaivlini Khemka (*admitted pro hac vice*)<br>**SKADDEN, ARPS, SLATE,**<br>  **MEAGHER & FLOM LLP**<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware  19899-0636<br>(302) 651-3000<br><br>*Of Counsel* | */s/ Bryce Benjet*<br>Bryce Benjet<br>**THE INNOCENCE PROJECT**<br>40 Worth Street, Suite 701<br>New York, New York  10013<br>(212) 364-5980<br>bbenjet@innocenceproject.org<br><br>Andrew F. MacRae<br>**LEVATINO PACE PLLC**<br>1101 S. Capital of Texas Highway<br>Building K, Suite 125<br>Austin, Texas  78746<br>(512) 637-8565<br>amacrae@levatinopace.com<br><br>*Attorneys for Plaintiff Rodney Reed* |

## CERTIFICATE OF SERVICE

      I certify that on this 14th day of November, I electronically filed the foregoing pleading with the clerk of the court for the U.S. District Court, Western District of Texas, using the electronic case filing system. A "Notice of Electronic Filing" was sent to Counsel for Defendant at the following email address:

    Matthew Ottoway
    Assistant Attorney General
    matthew.ottoway@oag.texas.gov

                                                           *Bryce Benjet*
                                                           Bryce Benjet