UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2019 NOV 15 PM 3:44
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| RODNEY REED, § § PLAINTIFF, § § V. § § BRYAN GOERTZ, § Bastrop County District Attorney, § § DEFENDANT. § § | CIVIL NO. A-19-CV-0794-LY<br><br>* CAPITAL CASE * |

## FINAL JUDGMENT

Before the court is the above entitled cause of action. On this same date, the court dismissed Plaintiff Rodney Reed's Amended Complaint with prejudice. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Plaintiff Rodney Reed's Amended Complaint (Doc. #10) is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that each party bears its own costs.

**IT IS FINALLY ORDERED** that the above entitled cause of action is hereby **CLOSED**.

SIGNED this the 15th day of November, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE